IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SHAWNA K. (PIDGEON) KRAUSE,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>Defendant. | CV 16-20-BU-JCL<br><br>ORDER |

Based on the stipulation of the parties,

IT IS ORDERED that the case be REVERSED and REMANDED for further administrative proceedings including a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). On remand, an administrative law judge (ALJ) shall offer Plaintiff an opportunity for a new hearing and issue a new decision. The ALJ shall also: (1) further develop the record by ordering a consultative examination or calling upon a medical expert; (2) re-evaluate the medical and other source evidence; (3) re-evaluate the lay witness evidence; and (4) re-evaluate Plaintiff's residual functional capacity and capacity to perform other work at step five of the sequential process, and obtain VE testimony, as necessary.

The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 21st day of December, 2016.

Jeremiah C. Lynch
United States Magistrate Judge