UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SHAWNA K. (PIDGEON) KRAUSE,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. CV-16-020-BU-JCL<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_ Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED that the case be REVERSED and REMANDED for further administrative proceedings including a de novo hearing pursuant to sentence four of 42 U.S.C. Section 405(g).

Dated this 21st day of December, 2016.

TYLER P. GILMAN, CLERK

By: /s/ Erica Larson
Erica Larson, Deputy Clerk